# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINO PONCE CERVANTES, <br><br> Defendant. | Case No.: 3:18-cr-02201-GPC <br><br> **ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE** |

On July 23, 2018, this Court denied the government's motion to dismiss the information in this case. (ECF No. 23.) The Court explained that the motion's failure to offer a reason or factual basis for the government's request of dismissal prevented the Court from engaging in the necessary review that protects Defendant against prosecutorial harassment. The government's attorney has now indicated to the Court that dismissal in this case is being sought because (1) the narcotics involved in this case were "so old as to be entirely without any street value," and (2) Defendant's personal circumstances—"his demeanor post-arrest [and] his profession buying and selling used cars"—weigh against prosecuting the case. The government's representation permits the Court to conduct an appropriate review, and the Court finds good cause for dismissal of the information. The Court therefore DISMISSES the information in this case without prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2018

Hon. Gonzalo P. Curiel
United States District Judge